**ATTACHMENT B**



ASSESSMENT
TREATMENT
TRAINING
CONSULTATION
PROGRAM DESIGN

## VITAE AND EDUCATIONAL CURRICULUM

### John Davis, MA

**Educational Experience**

BA in Social Work, Colorado State University, June 1972

MA in Sociology/Criminology, University of Colorado, May 1975

**Specialized Training / Certifications**

Use of penile plethysmograph in the diagnosis and treatment of sexual deviations. Center for Behavioral Intervention, Portland, Oregon, April and September 1985

Use of the penile plethysmograph in the diagnosis and treatment of sexual offenders, Farrall Institute, Grand Island, Nebraska, April 1988 and May 1989

Level I Technician Certification and Level II Clinician Certification: The Monarch 21 System and Plethysmography, Behavioral Technologies, Inc., Salt Lake City, Utah, April 2006

**Professional Experience**

Division of Youth Services, Lookout Mountain School, Treatment Team Coordinator of the Closed Treatment Unit, July 1972 through May 1985:

> Developed, implemented and administered a treatment program for incarcerated juvenile sexual offenders. This was one of the first residential treatment programs in the country designed specifically to meet the treatment needs of the juvenile sexual offender. This program was used as both a state and a national model. Supervised all unit staff, was member of agency management team, submitted and controlled unit budget.

RSA, Inc., Executive Director and Co-founder, February 1983 through present:

> Administers agency providing evaluation, assessment and treatment services to juvenile and adult sexual offenders. Conduct agency staff supervision, business planning, budgeting, public relations duties. Conduct Mental Health Sex Offense Specific

**Vitae**
John Davis, MA
Page two

Evaluations, sex offense specific treatment for adult sexual offenders, plethysmograph assessment for juvenile and adult offenders. Provide program design, consultation, and training related to sexually inappropriate / abusive behavior.

Have had extensive involvement in provision of training / consultation regarding the identification, disposition and treatment of both adolescent and adult offenders in institutional and community settings. Have provided workshops, consultation services, seminars, and program development services for private practitioners, mental health facilities, social services, judges, district attorneys, probation departments, private treatment facilities, group homes, community corrections facilities and diversion programs.

## Current Professional Registrations

Colorado Sex Offender Management Board, Full Operating Level Adult Sex Offender Evaluator

Colorado Sex Offender Management Board, Full Operating Level Adult Sex Offender Treatment Provider

Colorado Sex Offender Management Board, Full Operating Level Plethysmograph Examiner

## Current Professional Memberships

Adolescent Perpetrator Network (C. Henry Kempe National Center for the Prevention and Treatment of child Abuse and Neglect)

Association for the Treatment of Sexual Abusers (ATSA)

## Past Professional Memberships

The American Correctional Association

The Colorado Juvenile Council

The American Society of Criminology

**Vitae**
John Davis, MA
Page three

### Appointments

    Jefferson County Adolescent Abuse Task Force, 1985-1995

    National Task Force for the Creation of Standards for the Assessment and Treatment of Juvenile Sexual Offenders, 1987-1992

### Professional Publications

    Davis, J.; Isaac, C.; Lane, S., Zamora, P. "Theories and Strategies for Treatment Intervention with Juvenile Sex Offenders." Paper presented at the annual meeting of the American Society of Criminology, Denver, Colorado, November 1983

    Ryan, G.; Lane, S.; Davis, J.; Isaac, C. (1987) "Juvenile Sexual Offenders: Development and Correction." Child Abuse and Neglect: The International Journal

### Professional Activities

    Co-developed National Data Collection System for the C. Henry Kempe National Center for Prevention and Treatment of Child Abuse and Neglect, Adolescent Perpetrator Network, 1986

    Consultant, Jefferson County Department of Social Services (1984-1989)

    Consultant, Adams County Department of Social Services (1987-1990)

    Consultant, Colorado State Board of Medical Examiners (1989)

    Consultant, Hilltop Rehabilitation Hospital, Special Services Division, Psychiatric Outpatient Clinic, (1989)

    Consultant, Hilltop Treatment Services, Community Corrections, (1990-1993)

    Consultant, New Directions for Men, Inc., Outpatient Sex Offender Treatment (1992-1993)

    Developed Plethysmograph Standards of Practice and Qualifications for Plethysmograph Examiners for the Colorado Sex Offender Management Board (1995)

    Participated as a non-member on the Colorado Sex Offender Management Board (1993-1999)

**Vitae**
John Davis, MA
Page four

      Chairman, Implementation Committee of the Colorado Sex Offender Management Board (1995)

      Qualified as an Expert Witness on the diagnosis and treatment of adult male sexual offenders for the State Board of Medical Examiners and Administrative Law Court

      Qualified as an Expert Witness on the diagnosis and treatment of adolescent and adult male sexual offenders in District Courts in Adams, Arapahoe, Boulder, Clear Creek, Denver, Douglas, Grand, Jefferson, Lake, Larimer, Moffat, Routt and Summit Counties, Colorado

## Professional / Formal Presentations

*Treatment of the Juvenile Sex Offender,* Colorado Division of Youth Services All Team Conference, Golden, 1982

*Treating the Adolescent Sex Offender,* Annual Conference of the Colorado Juvenile Council, Steamboat Springs, May 1983

*Working with Sexual Offenders,* Colorado Division of Youth Services, 1981-1985

*Treatment of Juvenile Sexual Offenders,* Region XIII Workshop on Youth Services to Enhance Services to Youth in Crisis, Denver, October 1983

*Theories and Strategies for Treatment Intervention with Juvenile Sex Offenders,* 35th Annual Meeting of the American Society of Criminology, Denver, November 1983

*Community Treatment Issues verses Institutional Treatment Issues with the Adolescent Sexual Perpetrator,* C. Henry Kempe National Center, Denver, May 1984

*Treatment Issues and Techniques with the Juvenile Sex Offender,* Colorado Division of Youth Services All Team Conference, Golden, April 1985

*Treatment of the Adolescent Sex Offender, Data Collection and Standardized Testing,* 14th Annual Child Abuse and Neglect Symposium, Keystone, June 1985

*Risk Assessment in Relation to Placement Decisions,* Treating the Juvenile Sex Abuse Perpetrator: A National Training Conference, Minneapolis, April 1986

*Plethysmograph: Assessment, Issues and Treatment Intervention,* A National Training Conference, Minneapolis, April 1986

**Vitae**
John Davis, MA
Page five

*Sex Offender Treatment*, 10th Annual International Differential Treatment Association – The Challenges of Innovations in Treatment, Estes Park, May 1986

*Community Based Treatment Model for Sex Offenders*, 24th Annual Colorado Juvenile Council Conference, Breckenridge, May 1987

*Sex Offenders: Dynamics and Treatment*, Colorado Coalition Against Sexual Assault Conference, Estes Park, May 1987

*Using and Revising the Uniform Data Collection System: What We Want to Know*, Third National Adolescent Perpetrator Network Meeting, Keystone, May 1987

*Using a Plethysmograph with Adolescents*, Third National Adolescent Perpetrator Network Meeting, Keystone, May 1987

*Application of Behavioral and Learning Theory*, Third National Adolescent Perpetrator Network Meeting, Keystone, May 1987

*Sexual Arousal and Related Treatment*, Preventing Sexual Victimization through Sex Offender Treatment: Advanced Training on Special Issues, Columbus, October 1987

*Reducing Deviant Sexual Arousal with Adolescent Offenders*, Association for the Treatment of Sexual Abusers, 8th Annual research and Data Conference, Seattle, October 1989

*Inappropriate Arousal Reduction and Control*, National Training Conference on the Treatment of Juvenile Sex Offenders, Salt Lake City, October 1989

*The Use of Plethysmograph in the Treatment of Sex Offenders*, 1991 Probation Institute: Treatment of Sex Offenders, Denver, January 1991

*Arousal Control Strategies and Treatment Techniques*, Colorado Continuum of Care, Adolescent Perpetrator Network, Denver, December 1991

*Specialized Treatment of Adult Sex Offenders*, Colorado Association of Pretrial Services, Denver, May 1992