# ATTACHMENT D

Case No. 1:15-cr-00204-RBJ　　Document 108-7　　filed 12/02/16　　USDC Colorado　　pg 1 of 3

  I would like to start off by offering my apologies to the District of Colorado, the citizens of Colorado and around the country. Firstly, these court proceedings – although necessary – followed by my inevitable lengthy imprisonment, are a shameful allotment of law-abiding-tax-payer's hard earned money. Secondly, and more importantly, I would like to apologize for betraying the trust we as citizens all inherently bestow upon one another. Not only have I betrayed that trust but I have done so in a most despicable way. For that I will spend the rest of my life, in and out of custody, striving to regain that trust.

  I would also like to apologize to Ms. Reiwert and his Honor. I can not imagine being in a position to look at an individual such as myself, set aside my personal feelings and judge that individual objectively. Although, I am confident I will be judged objectively, it pains to me to know that it will undoubtedly be more difficult to do than in many other cases and that I have subjected you to such material.

  Next, my family. By way of involvement in disgusting and deplorable acts against others, I have abandoned them. Some may argue that being where I am may be the best thing for them. That may be true but it doesn't change how difficult things will be for them and for that I am eternally sorry.

  Most importantly I would like to offer my deepest and most sincere apologies to the victims – both direct and indirect. My involvement in this case is far beyond reprehensible. I won't even begin to try to fathom the amount of pain my actions have caused and will continue to cause. Loss of love, safety, humanity, privacy, and innocence are but a few things I have helped stripped you of. There can be no reparations for taking such things from another person. I will not now, or in the future make any kind of excuse for my actions. All I can promise you is that justice will be done. The courts can, and will, give me a good amount of time in prison. I deserve that and so much more. I torment myself on a constant basis for being involved in such heinous activities. You, without doubt, think I am a monster. Anyone would. Rightfully so. It would be easy for me to tell you that I am not a monster, instead I will spend the rest of my days proving to you that I am not. I will spend every waking hour bettering every aspect of myself and earning my place in society again.

  Your honor, I would like to address something very important to me; my daughter and in fact all of my children. Language in some of the documents in this case would lead one to believe that I have at some point sexually abused my daughter. That could not be further from the truth. In fact typing the words "sexually abused my daughter" was very difficult for me. It makes me sick to my stomach and I am still having a hard time keeping back tears. I understand why the prosecution would want that in the back of yours and other's minds but – as the sub-point says – there is no evidence of sexual abuse by me. There is one simple reason for that; it has never and would never happen, *ever*.

  I have – through Ms. Carnahan – had opportunity enough to be physically involved with a child. Again, it has never happened, nor would it. I also understand under the circumstances how that would be difficult to believe. My involvement – which I have never denied, and never will – was not of a sexual nature. Again, I know that point is almost impossible to believe and I have had a difficult time explaining that over the last year. My interest in the subject was in the manipulation. In getting someone to do something they otherwise might not. That being said, Ms. Carnahan was a willing participant in almost all aspects throughout. I never once said, or implied, that I or anyone else was going to bring charges against her. Please don't think that I think that changes, or somehow makes better what my manipulation has caused; the suffering I have caused. I do not.

  As for my punishment. The probation office – as of this writing – has suggested a term of 55 years in prison. That is a number that is hard for me to grasp and I believe to be completely unnecessary. Do I deserve time in prison? Absolutely! I am flawed and have been involved in disgusting crimes against the most innocent of our world. The victims and society deserve retribution for that. I deserve to be punished, harshly. That being said the punishment that has inadvertently been cast upon me is far greater than any court could rule. The loss of my family and friends, my wife and children, the utter shame, and my own mental torment. These are but a few of the heart crushing punishments I have brought upon myself and will surely live with for the rest of my life.

  I don't know that I'm suited to make a suggestion for an appropriate amount of time to the court, however, I will ask the court to consider my actions in custody up to this point. I know that it is a regular occurrence and even expected for defendants to tell the court of their noble plans moving forward and although that it is true that I have big plans for my future in prison – no matter the amount of time I'm given – I've taken an aggressive and proactive approach to my rehabilitation.

  In a facility that feeds it's inmates the same food that it feeds all of it's county employees – which is well

over 5000 calories a day of sugar, cheese, gravy, etc. – and a nearly nonexistent recreation program, I have lost a considerable amount of weight and am more physically healthy than I have been since I was in the Army more than 10 years ago. Without any prompting from my attorney – or anyone else for that matter – I have sought help from mental health, which is administered at my facility by Jefferson Center for Mental Health. I have weekly therapy sessions with a Dr. Dize and will continue therapy in prison. In an environment with zero educational programs that promotes programs such as weekly Xbox games and Netflix movies I have not only read more than three hundred novels but I have written two of my own. I also encourage others to better themselves and have volunteered as a GED tutor for fellow inmates. I was also the first federal inmate trusted enough to work in the facility. After months of dedicated work in the library, the door has finally been opened for other federal inmates to work.

    I'm not looking for a pat on the back, I just hope to make the court and the people see that I am not making false promises when I say that I take this very seriously. I am willing to do what is needed to make myself a better person. I am willing to put in the work. I need help. I am the first to recognize that. I will not beg for mercy. I don't deserve it. I will however ask, no, plead, for a chance to show to the court, the victims, and society that I take this more seriously than anyone. A chance to prove that I am – or will be – worthy of rejoining society. A chance to have a real life after prison.

    I am aware of Your Honor's extensive experience on the bench and I have faith in that experience and the judicial process. Thank you for taking the time to consider my case and the unique set of circumstances that it contains. I am fully prepared to face the consequences of my actions and accept whatever punishment the court decides upon.