IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00204-RBJ-2

UNITED STATES OF AMERICA,

  Plaintiff,

v.

**2. RHIANNON CARNAHAN**,

  Defendant.

___

## SUPPLEMENTAL SENTENCING SUBMISSION
___

  Ms. Carnahan, through undersigned counsel, submits the attached to supplement Document No. 130, "Motion for Non-Guideline Sentence". **Attachment A** – February 13, 2017 letter from Jefferson Center for Mental Health and Certificates of Completion.

            Respectfully submitted,

            s/ Brian R. Leedy
            Brian R. Leedy
            Stimson Glover Stancil Leedy
            1875 Lawrence St. Suite 420
            Denver, CO 80202
            Telephone: 720-644-8066
            brian@sgslattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2017, I electronically filed the foregoing

**SUPPLEMENTAL SENTENCING SUBMISSION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia L. Riewerts
    Assistant U.S. Attorney
    Email: Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Rhiannon Carnahan (U.S. Mail)

                                             s/ Brian R. Leedy
                                             Brian R. Leedy
                                             Stimson Glover Stancil Leedy
                                             1875 Lawrence St. Suite 420
                                             Denver, CO 80202
                                             Telephone: 720-644-8066
                                             brian@sgslattorneys.com