Jail-Based Behavioral Services

Clear Creek County Jail

405 Argentine Street

Georgetown, CO 80444

To whom it may concern,                                     02/13/2017

I am writing this letter on behalf of Ms. Rhiannon Carnahan, who is currently a client of the Jail-Based Behavioral Services (JBBS) program at Clear Creek County Jail. Ms. Carnahan was admitted into the JBBS program on August 6, 2016 and has been seen regularly since that time for weekly individual therapy, group therapy and psychiatric medication management.

In our sessions we addressed symptoms of Post-traumatic stress disorder and substance abuse issues. We developed a treatment plan for reducing the overall level, frequency and intensity of acute stress, depression symptoms and anxiety. Through Cognitive Behavior Therapy, Motivational Interviewing and Solution focused therapy we were able to address her psychological and physical signs and symptoms. Ms. Rhiannon Carnahan made great progress using her healthy coping skills to alleviate her anxiety and stress symptoms. She developed healthy thoughts and beliefs about herself and the world which reduced her psychological symptoms.

Ms. Carnahan is highly engaged in therapy and continues to work hard, both during and between therapy sessions, to improve her mental health. She has been able to continue to reflect at her past life choices and has shown a strong desire to get her life on a positive path for herself and the well-being of her family. Ms. Carnahan would likely benefit from continued mental health and substance abuse treatment, including individual and group therapies and psychiatric medication management, in order to continue to work on these issues and increase her likelihood of maintaining stability and sobriety following her release from Clear Creek County Jail. If you have any questions regarding this letter please do not hesitate to contact me.

Sincerely,

Regina Heck, MA, R.P, LAC

*Regina Heck MA. R.P. LAC*

Jefferson Center for Mental Health

JBBS Mental Health Therapist

reginahe@jcmh.org

Desk: 303-679-2406; Cell: 303-808-4889

Jefferson Center
for mental health

# Certificate of Completion

This is to certify that

*Rhiannon Carnahan*

Has successfully completed

## Seeking Safety:
Group Therapy for Trauma and Substance Abuse

Presented on January 31, 2017

_____
Regina Heck, MA, LAC

_____
Chelsea Dize, PhD



"...the things concerning Himself."

**Emmaus Correspondence School**

*This certifies that*

RHIANNON LEIGH CARNAHAN

*has successfully completed*

20 **units of study**

*by correspondence*

John Lopez
CORRESPONDENCE SCHOOL DIRECTOR

Denver Colorado
ISSUED AT

1/23/2017
DATE